U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 14, 2006                                                                 United States Bankruptcy Judge

---

Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Frwy, Suite 1100
Irving  Texas 75062
(214) 855-9200/(214) 965-0754

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
                               DALLAS DIVISION

In Re:                                            Case #       06-32011-SGJ-13
         SHUNTAY R WHITE
                  Debtor(s)                       Notice Date  07/11/2006
```

### Order Dismissing Chapter 13 Case Pursuant to General Order 2006-01

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtor(s) did not attend the Section 341 Meeting of Creditors and has provided no written reasonable explanation for such failure to the Trustees Office; Debtor(s) failed to provide documents to the Trustee to establish identity as required by Section 521(h) of the Bankruptcy Code;

and that 72 hours written notice of such failure was given to Debtor(s) and the Attorney for Debtor(s), if any, on 06/29/2006, prior to submission hereof;

**IT IS, THEREFORE ORDERED**, that the above proceeding be, and hereby is in all things **DISMISSED without prejudice PROVIDED** that if, within 10 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

### End of Order ###

/s/Thomas D. Powers
Chapter 13 Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0539-3           User: rfranzen              Page 1 of 1           Date Rcvd: Jul 14, 2006
Case: 06-32011                 Form ID: pdf013             Total Served: 8

The following entities were served by first class mail on Jul 16, 2006.
db          +Shuntay R White,    4115 Joe Ramsey Apt 259,    Greenville, TX 75401-7756
10164928    +Credit Bureau of Columbus Services,    236 East Town St,    Columbus, OH 43215-4631
10164929    +Credit Collection Services,    2 Wells Avenue,    Newton, MA 02459-3246
10164930    +Law Office of Greg Wiley P.L.L.C.,    555 Republic Drive, Suite 200,    Plano, Texas 75074-5469
10164932   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,   5005 North River Blvd N.E.,
                Cedar Rapids, IA 52411-6634)
10205074     Toyota Motor Credit Corp/Toyota Financial Services,    5005 North River Blvd NE,
              Cedar Rapids, IA  52411-6634
10164933    +US Trustee Office,    1100 Commerce St, Rm 976,    Dallas, TX 75242-0996
10164934    +Volkswagen Credit,    2333 Waukeegan Rd,    Deerfield, IL 60015-5508

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10164931*   +Shuntay R White,    4115 Joe Ramsey Apt 259,    Greenville, TX 75401-7756
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2006**          **Signature:** _Joseph Speetjens_